FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 08 2026  ★

LONG ISLAND OFFICE

To: U.S.C., E.D.N.Y.

100 Federal Plaza

Central Islip, N.Y. 11722

Dated: 6/2/26

From: Andrew R. Denton          (Rec'd Notice of Deficiency on above date.)

#2023002588

100 Carman Ave.

East Meadow, N.Y. 11554

Re: 26-CV-03142-SJB      (Filing fee)

Clerk of the Court,

Goodmorning; I'm writing to confirm and inform you I've sent the $5.00 filing fee required in the above referenced case. It was sent by my father - Adam Denton - From New Marlborough, M.A. This was sent via USPS in the form of a Postal Service Money Order on 6/1/26.

Respectfully, Andrew Denton

Andrew R. Denton

Pro-Se

* I have also enclosed an exhibit - "Exhibit S" which I intend to use in conjunction with the aforementioned habeus corpus. Please add this to the file. Thank you.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

RECEIVED  ★  JUN 08 2026  ★

JUN 08 2026   LONG ISLAND OFFICE

REC'D IN PRO SE OFFICE
JUN 8 '26 PM 1:41

Exhibit S:

Unredact These:

1) Img_606.PNG
2) Img_605.HEIC
3) Img_896.mov
4) Img_1413.HEIC

5) 69247517920_D783DA2F-5AC0-4F2B-9E959767
01D954C0.HEIC

6) 69436652554-6DFB6ED8-A04B-4CAC-B260C776EC86FF
2A.HEIC

7) 66A810D8-4A67-46C4-8053-66DE2CF29321.mp4

\* 2 of the images are screenshots from Been Verified showing Robbins/Berkowitz addresses (Public Information)

\* One of the videos is a mag dump of the Bushmaster MPW (supp.) ⊕ Crissman [Airsoft/Bullet]

\* This leaves ~~4~~ unknown files redacted in full.
2 might be NYS Tag lookups for the White Honda Accord (Money 13) and the Tan Toyota Prius (Kzh-6821) **\*\*** which I determined were following me on an SDR. SSP and Wantagh Chipotle respectively. One pic is also MPW / M17 w/ american flag in back. MPW has light on it. UhOh!

\*\* See Discovery Notes for

NAME Andrew Denton
C.C.# 2023002698
LOCATION D2D 15
100 CARMAN AVENUE
EAST MEADOW, NY 11554-1146

\* Legal Mail \*

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

MID-ISLAND NY 117

4 JUN 2026   PM 6

FOREVER / USA

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 08 2026 ★

LONG ISLAND OFFICE

\* Legal Mail \*

11722-443800

